EZRA B. MARTER, DEFENDANT IN ERROR, v. ALFRED B. REPP ET AL., PLAINTIFFS IN ERROR.

Submitted July 10, 1911—Decided November 20, 1911.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 530.

For the plaintiffs in error, *John Boyd Avis.*

For the defendant in error, *Austin H. Swackhamer*.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, JJ.    12.

*For reversal*—None.